UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL KEITH, | No. C 13-4881 MEJ (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| W.A. SHERROD, et al., | |
| Defendants. | |

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has filed a motion for leave to proceed in forma pauperis.

The acts complained of occurred at North Fork Correctional Facility, which is located in the Western District of Oklahoma, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Western District of Oklahoma. The Clerk of the Court shall terminate all pending motions and transfer the case forthwith.

IT IS SO ORDERED.

DATED: October 28, 2013

Maria-Elena James
United States Magistrate Judge